_____

No. 95-3472
_____

United States of America,          *
                                    *
          Appellee,                 *
                                    *
     v.                             *
                                    *
Jerome T. Schiefen,                 *     Appeal from the United States
                                    *     District Court for the
          Appellant,                *     District of South Dakota
                                    *
Barbara Schiefen, estate of;        *     [UNPUBLISHED]
South Lincoln Rural Water           *
System, Inc.; David Schiefen;       *
Krautco, Uninc,                     *
                                    *
          Defendants.               *

_____

          Submitted:  March 19, 1996

              Filed:  April 3, 1996
_____

Before McMILLIAN, BRIGHT, and BEAM, Circuit Judges.
_____

PER CURIAM.

     Jerome Schiefen appeals from the final order of the District Court[1]
for the District of South Dakota, granting the United States summary
judgment in this action brought pursuant to 28 U.S.C. § 1345, seeking
foreclosure of liens held by the Internal Revenue Service and Farmers Home
Administration, the sale of property, and the distribution of proceeds.
The district court also concluded certain transfers of real and personal
property were fraudulent

_____

     [1]The Honorable Lawrence L. Piersol, United States District
Judge for the District of South Dakota.

conveyances.  Schiefen argues the district court lacked jurisdiction to entertain this suit.  We have carefully reviewed the record, and we conclude Schiefen's arguments on appeal are frivolous and entirely without merit.

Accordingly, we affirm the judgment of the district court.  <u>See</u> 8th Cir. R. 47A(a).  Schiefen's several motions on appeal are denied.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.